AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western DISTRICT OF Pennsylvania

Miller

v.

Evenflo Company

**EXHIBIT AND WITNESS LIST**

Case Number: 2009-108 J

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kim R. Gibson | Farneth | Hawk |
| TRIAL DATE(S) | COURT REPORTER | ~~COURTROOM DEPUTY~~ LAW CLERK |
| | Kimberly Spangler | Daniel Paronzo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | 1/18 | | ✓ | P's request for admissions (original) |
| 36 | | 1/18 | | ✓ | " (condensed) |
| X | | 1/18 | | | Angela L. Miller - witness |
| 46 | | 1/18 | | ✓ | Car seat owners' manual |
| *1 | | " | | ✓ | The car seat |
| 52 | | " | | ✓ | Diary (Angela Miller's) |
| 10 | | " | | ✓ | Email → Angela Miller to Docter |
| 2-T | | | | ✓ | Leg Photo |
| 2-U | | | | | |
| 2-V | | | | | |
| 2-X | | — Ex 2 admitted ✓ | | | |
| 2-Y | | | | | |
| 2-Z | | | | | |
| 2-BB | | | | | |
| 11 | | | | ✓ | Email 3/31/07 to Evenflo |
| 12 | | | | ✓ | Email 4/2/07 |
| 13 | | | | ✓ | Email 4/10/07 |
| 14 | | | | ✓ | " 4/17/07 |
| 15 | | | | ✓ | " 4/17/07 |
| 16 | | | | ✓ | " 4/27/07 |
| 17 | | | | ✓ | " 5/1/07 (+ MSDS sheets attached) |
| AW | | 1/18 | | | Dr. Douglas Kress |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 4 Pages

**EXHIBIT AND WITNESS LIST – CONTINUATION**

Miller vs. Fireflo    CASE NO. 09-CV-108

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 20 |  | 1/18 |  | ✓ | Dr. Douglas Kress Resume/CV |
| 7 |  | " |  | ✓ | Office Chart – Kress – (expert report is removed) |
| ~~18~~ |  | " |  |  | ~~Expert Report – Kress~~ (Withdrawn) |
|  | 2 | " |  | ✓ | Medical record – Somerset Family Practice |
|  | 3 | " |  | ✓ | 7/8/06 – Medical Record – Somerset |
|  | 5 | " |  | ✓ | 7/11/06 " |
|  | 6 | " |  | ✓ | 7/24/06 – " |
|  | 32 | " |  | ✓ | Pathology report results |
|  | 34 | " |  | ✓ | 2nd Pathology Report |
|  | 96 | " |  | ✓ | Letter from Farneth to Dr. Kress |
| 45 |  | " |  | ✓ | Chinese MSDS sheets (reviewed by witness) → never offered? |
|  |  | 1/19 |  | ✓ | Witness Angela Miller (Cross-Exam) |
|  | 7 | " |  | ✓ | 8/01/06 Medical Record |
|  | 9 | " |  | ✓ | 7/30/06 ER Medical Record (Somerset Hosp.) |
|  | 20 | " |  | ✓ | Medical Record Children's Hospital |
|  | 18 | " |  | ✓ | Medical Record |
| 26 |  | 1/19 |  |  | Witness – Melissa Kurtz by Deposition |
| 22 |  | " |  | ✓ | Copy of Melissa Kurtz Deposition |
| 12 |  | " |  | ✓ | Kurtz CV |
|  |  | 1/19 |  | ✓ | Dr. Tim Osswald |
| 24 |  | " |  | ✓ | Dr. Osswald CV |
|  | 75 | " |  | ✓ | Reitman Graph |
|  |  | 1/23 |  |  | Witness – Carol Groff (by deposition) |
| 27 |  |  |  | ✓ | Carol Groff's Depo transcript |
| 41 |  |  |  | ✓ | Incident Report |
| 42 |  |  |  | ✓ | Groff Emails |

Page 2 of 4 Pages

| | | | | | Miller vs. Everflo | CASE NO. 9-CV-108 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 43 | | | | ✓ | Griff Emails | |
| 44 | | | | ✓ | 2 other Incident Reports | |
| ✓ | | | | ✓ | Witness Steven Smith (by Depo) | |
| | 68 | | | ✓ | Certificate re: harmful substances in testiles | |
| | 69 | | | ✓ | Lab Report | |
| 30 | | | | ✓ | Mr. Smith's Deposition | |
| ✓ | | | | | Ronald Maceyko by video Depo | |
| 4 | | | | ✓ | Maceyko Medical chart | |
| 48 | | | | ✓ | Maceyko depo transcript | |
| ✓ | | | | | George Batalaris - Witness | |
| 31 | | | | ✓ | Batalaris Depo transcript | |
| | | 1/24 | | ✓ | Randy L. Kiser - Witness (by Depo) | |
| 28 | | | | ✓ | Vol 1 Kiser Depo | |
| 29 | | | | ✓ | Vol 2 Kiser Depo | |
| | | | | | Randy Kiser (Live) Cross Examination | |
| ~~28~~ | | | | | ~~other business records / discovery requests~~ | |
| | | | | | Deborah Miller - witness | |
| 5 | | | | ✓ | Somerset Family - Med Records | |
| 6 | | | | ✓ | Som. Hosp. - Records | |
| ✓ | | | | | Madisyn Miller - video depo | |
| 25 | | | | ✓ | Transcript - Miller Madisyn Depo | |
| | ✓ | | | | Dr Maureen Reitman | |
| | 73 | | | | Dr Reitman's expert report | |
| | | 1/25 | | | | |
| ~~44~~ | 74 | | | ✓ | Report | |
| | ~~100~~ ✓ | | | | Randy Kiser - Witness | |

# EXHIBIT AND WITNESS LIST – CONTINUATION

Miller vs. Evenflo  CASE NO. 9-CV-108

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 58 | | | ✓ | Design Drawing for booster seat |
| | 72 | | | ✓ | Product data safety sheet |
| | 57 | | | ✓ | Fashion Spec Sheet |
| | 56 | | | ✓ | PI work book |
| | 64 | | | ✓ | Test Doc |
| | ~~64~~ | | | | ~~Quality Assurance Lab report~~ |
| | 65 | | | ✓ | PI Spectrum |
| | 70 | | | ✓ | Product Quality Test Summary |
| | 49 | | | ✓ | Photo of Car Seat – assembled |
| | 81 | | | ✓ | FMVSS 302 Standard |

Page 4 of 4 Pages